# UNITED STATES DISTRICT COURT

Fir the

eastern district of New York

| | | |
|---|---|---|
| <u>GIUSEPPE LUBRANO</u> | ) | |
| Plaintiff, | ) | Case No.: 22-cv-4987 |
| v. | ) | **ORDER TO SHOW CAUSE** |
| ESTHER M. MORGENSTERN, JUSTICE OF THE SUPREME COURT OF THE STATE OF NEW YORK, et al. | ) ) ) ) | |
| Defendants. | ) | |

Upon the Affidavit of Giuseppe Lubrano sworn to on January 5, 2023, and the Memorandum of Law filed on January 4, 2023, and the Proposed Amended Complaint filed on January 4, 2023, it is Ordered that the above named Defendants appear before this Court at Room ___United States Courthouse 225 Cadman Plaza East Brooklyn, New York, 11201on January ___2023 at __am/pm or as soon thereafter as counsel may be heard why an Order should not be issued pursuant to Local Rule 7.1(a) adopting the Proposed Amended Complaint filed by Plaintiff Giuseppe Lubrano as the operative Complaint.and it is further Ordered that a copy of this Order, together with the papers upon which it is granted be served via email to the attorneys of the Defendants on, or before, January ____2023 and that such service be deemed g2023ood and sufficient and that Opposition papers, if any, be filed on Pacer on, or before, January____ 2023 that Reply papers be filed on Pacer on, or before January ____2023.

Dated:

_____
UNITED STATES MAGISTRATE